UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No. _____

| | |
|---|---|
| Mohamed Ahmed Warsame, )<br><br>Plaintiff, )<br><br>v. )<br><br>United States Department of Justice - )<br>Federal Bureau of Investigation, )<br><br>)<br><br>)<br>Defendant. ) | **COMPLAINT FOR RELIEF**<br>**PURSUANT TO 18 U.S.C. § 925A** |

Plaintiff, Mohamed Ahmed Warsame, by his attorney, Nathan M. Hansen,

2440 N. Charles St. Suite 242, North St. Paul, Minnesota, 55109, respectfully

alleges:

1. Plaintiff is an individual who is a citizen of the United States.

2. The Plaintiff has a permit to carry a pistol duly issued by the Sheriff of

   Steele County, Minnesota.

3. The Plaintiff is in all respects legally able to obtain and possess

   firearms.

4. Since 2019, the Plaintiff has been denied the ability to purchase firearms

   at retail stores in Minnesota by receiving a decline response from the

   National Instant Criminal Background Check System (NICS).

5. Plaintiff has retained prior counsel to attempt to investigate the cause of

   this decline response from NICS.

6.   With regard to his NICS decline response, the Plaintiff is a victim of mistaken identity.  Specifically, the FBI NICS system believes that the Plaintiff is one Mohamed Diriye Warsame, who has a different birthday and a different middle name than the Plaintiff.

7.   Upon information and belief, Mohamed Diriye Warsame is an individual who is not eligible to possess firearms as a result of a Judicial Commitment to a mental institution in Dakota County Court File No. 19HA-PR-17-819.

8.   The Plaintiff is not Mohamed Diriye Warsame.

9.   Efforts to resolve this issue through bureaucratic channels with the United States Department of Justice have proven unsuccessful.

10.   The Plaintiff has retained Nathan M. Hansen, Attorney at Law to represent him regarding this matter.

11.   The Plaintiff has incurred and will continue to incur, attorney's fees and costs relating to this matter.

12.   The Plaintiff seeks relief pursuant to 18 U.S.C. § 925A(2), which states:

"Any person denied a firearm pursuant to subsection (s) or (t) of section 922—
(2) who was not prohibited from receipt of a firearm pursuant to subsection (g) or (n) of section 922, may bring an action against the State or political subdivision responsible for providing the erroneous information, or responsible for denying the transfer, or against the United States, as the case may be, for an order directing that the erroneous information be corrected or that the transfer be approved, as the case may be. In any action under this section, the court, in its discretion, may allow the prevailing party a reasonable attorney's fee as part of the costs."

WHERFORE, the Plaintiff respectfully requests the following relief:

1. For an order directing that any erroneous information relating to the Plaintiff in the NICS system be corrected.

2. An award of reasonable attorney's fees and costs as allowed by 18 U.S.C. § 925A(2).

3. For any such other relief the Court deems just and equitable.

Dated:   August 3, 2020

/S/ Nathan M. Hansen
Nathan M. Hansen
ATTORNEY FOR PLAINTIFF
2440 N. Charles Street, Ste. 242
North St. Paul, MN  55109
651-704-9600
651-704-9604 (fax)
Attorney Registration #0328017
Nathan@hansenlawoffice.com